UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **ORDER** |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| W. LAWRENCE FLETCHER | ) | CR105-47 |
| June 25 - June 29, 2007 | ) | CR106-13 |
| July 11 - July 13, 2007 | ) | |
| July 23 - July 27, 2007 | ) | |

The above named attorney having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED that W. Lawrence Fletcher be granted leave of absence for the period stated in the application.

This 15th day of May, 2007.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

           vs.     *     CASE NO. CR105-47;CR106-13
                 *
                 *
                 *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as order dated 5/15/07, which is part of the official records of this case.

Date of Mailing: 5/15/07
Date of Certificate: 5/15/07

SCOTT L. POFF, CLERK

By: _L. Fletcher_ (signature)

NAME:
1. W. Lawrence Fletcher
2. Brenda McCarthy, CRDC
3. Lisa Widener, CRDC
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds